No. 71–6551. Skeels v. Richardson, Secretary of Health, Education, and Welfare. C. A. 5th Cir. Certiorari denied.

No. 71–6556. Telio v. Illinois. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 71–6557. Flournoy v. Illinois. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 71–6558. Workman v. United States. C. A. 9th Cir. Certiorari denied.

No. 71–6565. Moran v. United States. C. A. 1st Cir. Certiorari denied.

No. 71–6567. Manns v. Illinois. App. Ct. Ill., 5th Dist. Certiorari denied.

No. 71–6569. Lowther v. United States. C. A. 10th Cir. Certiorari denied.

No. 71–6572. Williams v. United States. C. A. 9th Cir. Certiorari denied.

No. 71–6575. McQueen v. United States. C. A. 3d Cir. Certiorari denied.

No. 71–6576. Havelock v. United States. C. A. 10th Cir. Certiorari denied.

No. 71–6583. Luallen v. Neil, Warden. C. A. 6th Cir. Certiorari denied.